**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 824 MAL 2014
                                :
                    Respondent  :
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
            v.                  :
                                :
                                :
                                :
MATTHEW J. REICHART,            :
                                :
                    Petitioner  :

# ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.